199 So. 917

### Tom WALKER v. STATE.
4 Div. 602.

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

192 So. 925

### Roosevelt WARD v. STATE.
2 Div. 669.

Court of Appeals of Alabama.

Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

199 So. 918

### Kirk WASHINGTON v. STATE.
8 Div. 67.

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

192 So. 926

### Andrew WEBB v. STATE.
4 Div. 560.

Court of Appeals of Alabama.

Nov. 21, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

193 So. 895

### Bernard WEBB v. STATE.
8 Div. 899.

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

193 So. 895

### Bernard WEBB v. STATE.
8 Div. 900.

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.